UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FILIBERTO GONZALEZ-ACUNA,<br><br>Defendant. | Case No. 2:23-cr-00061-JAD-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report**<br><br>ECF No. 15 |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 30th day of March, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE